**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

| | |
|---|---|
| Dale Allen Lindsey,<br><br>Plaintiff,<br><br>v.<br><br>Department of Human Services, et al.,<br><br>Defendants. | No. 23-cv-3299 (KMM/JFD)<br><br><br><br>**ORDER** |

---

This matter is before the Court on United States Magistrate Judge John F. Docherty's July 22, 2026 Report and Recommendation ("R&R") recommending that Plaintiff Dale Allen Lindsey's Complaint be dismissed, his Motion to Exclude Expert Witness Testimony be denied as moot, and Defendants' Motion for Summary Judgment be denied as moot. (Dkt. 116.) Judge Docherty concluded that Mr. Lindsey's claims were precluded by the doctrine of res judicata because comparable claims of his were previously litigated to a final judgment, and thus the action should be dismissed. (*Id.*); *see Lindsey v. Kneisel*, No. 22-cv-413 (NEB/DJF), 2023 WL 386730 (D. Minn. Jan. 6, 2023).

Mr. Lindsey did not timely object to R&R or in the week since. *See* D. Minn. LR 72.2(b)(1) (setting 14-day deadline for objections). In the absence of objections, the Court reviews an R&R for clear error. *Nur v. Olmsted County*, 563 F. Supp. 3d 946, 949 (D. Minn. 2021) (citing Fed. R. Civ. P. 72(b) and *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam)). Finding no error, the Court largely accepts the R&R. The only place the Court differs from Judge Docherty's recommendation is a matter of semantics:

because Defendants raised the issue of res judicata in their Motion for Summary Judgment (Dkt. 102 at 20–23), the Court will grant in part that Motion as part of its dismissal of Mr. Lindsey's case.

## ORDER

For the reasons set forth above, **IT IS HEREBY ORDERED THAT**:

1. The Report and Recommendation (Dkt. 116) is **ACCEPTED as modified**;
2. Defendants' Motion for Summary Judgment (Dkt. 100) is **GRANTED in part**;
3. Plaintiff Dale Allen Lindsey's Complaint (Dkt. 1) is **DISMISSED with prejudice**; and
4. Mr. Lindsey's Motion to Exclude Expert Witness Testimony (Dkt. 90) is **DENIED as moot**.

**Let Judgment be entered accordingly.**

Date: August 14, 2026

*s/Katherine M. Menendez*
Katherine M. Menendez
United States District Judge